PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| PATTY REYES, | Case No.: 1:17-CV-00340-BAM |
|     Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
|     vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. This is Defendant's first request for extension. Defendant's counsel is experiencing an unanticipated medical issue that has caused her to be out of the office unexpectedly. The additional time requested will enable Defendant to address properly the issues Plaintiff has presented. The current due date is November 22, 2017. The new due date will be December 22, 2017. The parties further stipulate that the Court's Scheduling Order shall

1

be modified accordingly.

Respectfully submitted,

Dated: November 22, 2017  /s/ *Stuart T. Barasch
(*as authorized by email on Nov. 22, 2017)
STUART T. BARASCH
Attorney for Plaintiff

Dated: November 22, 2017  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:  /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a thirty-day extension of time, to and including **December 22, 2017**, in which to file a response Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **November 20, 2017**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE