PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8945
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| PATTY REYES,<br><br>    Plaintiff,<br><br>      vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-CV-00340-BAM<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. This is Defendant's second request for extension. Defendant's counsel is seeking this extension due to an unexpected, significant increase in her already exceptionally heavy workload over the next several weeks. In addition to this case, she is representing the agency in several employment litigation matters that have required additional travel, extensive briefing, and oral argument beyond what was anticipated at the time of the previous request for extension. This is in addition to the Ninth Circuit Appellate and district court briefing deadlines

on calendar, including one due the same day as the current deadline in the instant case. The additional time requested will enable Defendant to address properly the issues Plaintiff has presented. The current due date is December 22, 2017. The new due date will be January 21, 2018. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 20, 2017

/s/ *Stuart T. Barasch
(*as authorized by email on Dec. 19, 2017)
STUART T. BARASCH
Attorney for Plaintiff

Dated: December 20, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:      /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have a second thirty-day extension of time to January 21, 2018, in which to file an opposition to Plaintiff's opening brief; and all other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 21, 2017**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE